THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN DIEMER, Appellant.

*People* v. *Diemer*, 169 App. Div. 959, modified.
(Submitted October 20, 1915; decided January 18, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the Kings County Court at a Trial Term without a jury in an action to recover upon a forfeited bail bond. The questions on appeal were as to the sufficiency of the complaint and the propriety of allowing interest.

*Thomas C. Whitlock* for appellant.

*James C. Cropsey, District Attorney* (*Ralph E. Hemstreet* and *Hersey Egginton* of counsel), for respondent.

Judgment modified by striking therefrom the amount allowed for interest upon the recognizances from the date of forfeiture, and as modified affirmed, without costs, on the opinion of HISCOCK, J., in *People* v. *Parisi* (217 N. Y. 24).

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ.